**Opinion issued November 21, 2014**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-14-00916-CV

_____

**IN RE WALLER COUNTY, TEXAS, WALLER JUDGE GLENN BECKENDORFF, WALLER COUNTY COMMISSIONER FRANK POKLUDA, WALLER COUNTY COMMISSIONER STAN KITZMAN, WALLER COUNTY COMMISSIONER JERON BARNETT, AND WALLER COUNTY COMMISSIONER JOHN AMSLER, IN THEIR OFFICIAL CAPACITIES AS THE WALLER COUNTY COMMISSIONERS COURT, Relators**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

## MEMORANDUM OPINION

Relators' petition for writ of mandamus is **denied**.[*]  We dismiss all pending motions, including relators' emergency motion for stay, as moot.

## PER CURIAM

Panel consists of Justices Jennings, Massengale, and Brown.

---

[*] The underlying case is *City of Hempstead, Texas and Citizens Against the Landfill in Hempstead v. Waller County, Texas, County Judge Glenn Beckendorff, Commissioner Frank Pokluda, Commissioner Stan Kitzman, Commissioner Jeron Barnett, Commissioner John Amsler, and Pintail Landfill, L.L.C.*, cause number 13-03-21872, pending in the 506th District Court of Waller County, Texas, the Hon. Terrill L. Flenniken presiding.